### JULY 12, 2005

No. 05–5242 (05A46). CONKLIN v. TERRY, WARDEN. Sup. Ct. Ga. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

### JULY 19, 2005

No. 05A60. SALLAHDIN, AKA PENNINGTON v. OKLAHOMA. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied.

### JULY 22, 2005

No. 05–5197 (05A38). WOLFE v. TRUE, WARDEN. Sup. Ct. Va. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

### JULY 28, 2005

No. 05–5527 (05A102). IN RE MARTINEZ. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied. JUSTICE O'CONNOR took no part in the consideration or decision of this application and this petition.

No. 05–5522 (05A101). MARTINEZ v. TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this application and this petition.